IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                 CASE NO: 09-40427
                                                                                  CHAPTER 7

CHOWN, CRAIG LEE

       Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 11 | James E. Sorenson<br>POBox 4128<br>Tallahassee, FL 32315 | $68.39 |

The check mailed at the above address on February 4, 2011 and has neither been returned or negotiated by the creditor.

Dated this 10   day of May, 2011

                                                                /s/ Sherry F. Chancellor
                                                                Sherry F. Chancellor, Trustee
                                                                619 West Chase Street
                                                                Pensacola, Florida 32502
                                                                (850) 436-8445
                                                                Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon James E. Sorenson, POBox 4128, Tallahassee, FL 32315 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 10 day of May 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee